# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| THAI HUU HOANG, | ) | No. SA CV 08-528-DOC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| V.M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 3, 2010

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE